IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS LEE LAMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:12-CV-912-WKW |
| ) | |
| DISTRICT COURT OF HOUSTON ) | |
| COUNTY, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On November 5, 2012, the Magistrate Judge filed a Recommendation (Doc. # 5). Plaintiff timely objected. (Doc. # 7). After an independent and *de novo* review of the record, it is the ORDERED that

1. Plaintiff's Objection is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

3. This case is DISMISSED with prejudice;

4. Plaintiff's other filing (Doc. # 6) is DENIED as moot.

DONE this 19th day of November, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE